JOSEPH FIORENTINO, Individually and as Natural Father of SANDRA FIORENTINO, an Infant, Appellants, v. NICHOLAS MAUTONE et al., Respondents.

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.